UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JAMES WEST,

          Plaintiff,

    v.

PBC MANAGEMENT LLC, et al.,

          Defendants.

Case No. 23-cv-03283-NW

**ORDER OF REFERENCE TO MAGISTRATE JUDGE FOR SETTLEMENT**

Pursuant to Local Rule 72-1, this matter is referred for random assignment to a United States Magistrate Judge to conduct a settlement conference by September 26, 2025, or as soon thereafter as is convenient for the assigned Magistrate Judge.

The parties will be advised of the date, time and place of the next appearance by notice from the assigned Magistrate Judge.

**IT IS SO ORDERED.**

Dated: 5/30/2025

_____

NOËL WISE
United States District Judge