1  James West
   P.O. Box 15251
2  San Francisco, CA 94115
   E-Mail: westjcourt@gmail.com
3
   Pro Se Plaintiff
4

5  Collin D. Cook (SBN 251606)
   E-Mail:  ccook@fisherphillips.com
   Garrick Y. Chan (SBN 315739)
6  E-Mail:  gchan@fisherphillips.com
   FISHER & PHILLIPS LLP
7  One Montgomery Street, Suite 3400
   San Francisco, California 94104
8  Telephone: (415) 490-9000
   Facsimile:  (415) 490-9001
9
   Attorneys for Defendants
10 PBC MANAGEMENT LLC aka PACIFIC
   WORKPLACES and KEITH WARNER
11

12
                    UNITED STATES DISTRICT COURT
13
                   NORTHERN DISTRICT OF CALIFORNIA
14
                         SAN JOSE COURTHOUSE
15

16 | JAMES WEST,                                    | Case No: 5:23-cv-03283-NW

17 |             Plaintiff,                         | **JOINT STIPULATION OF DISMISSAL WITH PREJUDICE PURSUANT TO FRCP 41(a); [PROPOSED] ORDER**

18 |     v.                                         |

19 | PBC MANAGEMENT LLC aka PACIFIC
   | WORKPLACES, KEITH WARNER,                      | Complaint Filed: June 30, 2023
20 | MANAGING PARTNER, DOES 1-25,                   | Trial Date:      February 9, 2026

21 |             Defendants.

22

IT IS HEREBY STIPULATED by and between Plaintiff JAMES WEST, and Defendants PBC MANAGEMENT LLC aka PACIFIC WORKPLACES and KEITH WARNER (the "Parties"), by and through Plaintiff and undersigned counsel for Defendants, that the above-referenced action be dismissed with prejudice, pursuant to FRCP Rule 41(a). Each party shall bear their own attorney's fees and costs.

Dated: October 31, 2025

By: */s/ James West*
James West, Pro Se

Dated: October 31, 2025            FISHER & PHILLIPS LLP

By: */s/Garrick Y. Chan*
Collin D. Cook
Garrick Y. Chan
Attorneys for Defendants
PBC MANAGEMENT LLC aka PACIFIC WORKPLACES; KEITH WARNER

### [PROPOSED] ORDER

GOOD CAUSE APPEARING THEREFOR, it is hereby ordered that the above-referenced action is dismissed, with prejudice, as to all parties and as to all causes of action. It is further ordered that the Parties herein shall bear their own attorney's fees and costs.

Dated:   November 4  , 2025

_____
HONORABLE NOEL WISE
UNITED STATES DISTRICT COURT JUDGE